# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLES CHERRY**  **PLAINTIFF**
**#169745**

V.  NO. 4:24-cv-00172-LPR-ERE

**ERIC HIGGINS,** *et al.*  **DEFENDANTS**

## ORDER

*Pro se* plaintiff Charles Cherry, a pre-trial detainee at the Pulaski County Regional Detention Facility, filed this lawsuit under 42 U.S.C. § 1983. *Doc. 2.* A summons issued to Defendant C. Green has been returned to the Court unexecuted. *Doc. 9.*

Mr. Cherry is reminded of his responsibility to provide the Court with a valid service address for Defendant C. Green. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (explaining that it is the prisoner's responsibility to provide a proper service address for each defendant). Under applicable procedural rules, a defendant must be served within 90 days of the date a complaint is filed, unless the time period is extended for good cause. FED. R. CIV. P. 4(m).

Mr. Cherry has until **May 28, 2024**, to provide a valid service address for Defendant C. Green. If he fails to provide a valid service address by that date, Mr. Cherry's claims against Defendant C. Green may be dismissed.

SO ORDERED 4 April 2024.

_____
UNITED STATES MAGISTRATE JUDGE