# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLES CHERRY**                                                            **PLAINTIFF**
**#169745**

**V.**                         **NO. 4:24-cv-00172-LPR-ERE**

**ERIC HIGGINS,** *et al.*                                     **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I. Procedure for Filing Objections

This Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Your objections must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

### II. Background

On February 26, 2024, *pro se* plaintiff Charles Cherry, formerly an inmate at the Pulaski County Detention Facility, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 2*. Mr. Cherry is currently proceeding on deliberate indifference claims against Defendants Higgins, Holmes, Fry, D. Green, Bogard, M. Green, D. Harris,

C. Jones, Matthews, C. Miller, R. Lambert, C. Mosely, Rembly, Brooks, and Myrick. *Doc. 5*.[1]

On July 29, 2024, mail sent to Mr. Cherry from the Court was returned as undeliverable with the notation "no longer here." *Doc. 42*.

The next day, the Court ordered Mr. Cherry to notify the Court of his current address within 30 days or risk dismissal of his claims. *Doc. 43*. To date, he has not responded to the Court's July 30 Order, and the time to do so has passed.

Mr. Cherry has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 4*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Cherry regarding his lawsuit.

## III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Cherry's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's July 30 Order; (3) update his address; and (4) prosecute this lawsuit.

2. Defendants' motion for summary judgment (*Doc. 34*) be DENIED as moot.

---

[1] On June 3, 2024, the Court recommended that Defendant C. Green be dismissed for failure of service. *Doc. 31*. That Recommendation remains pending.

3.   The Clerk be instructed to close this case.

DATED 3 September 2024.

_____
UNITED STATES MAGISTRATE JUDGE