IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES CHERRY**                                                                       **PLAINTIFF**
**#169745**

v.                        No. 4:24-CV-00172-LPR

**ERIC HIGGINS, et al.**                                                         **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 25th day of September 2024.

                                                                                        _____
                                                                               LEE P. RUDOFSKY
                                                                    UNITED STATES DISTRICT JUDGE